FILED

10/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0545

# IN THE SUPREME COURT OF MONTANA
## No. 24-0545

| | |
|---|---|
| HUTTON RANCH PARTNERS, LLC, <br><br> Plaintiff and Appellee, <br><br> v. <br><br> MARY IRVINE d/b/a PRO PET PREMIUM CARE, <br><br> Defendant and Appellant. | MOTION FOR EXTENSION OF TIME |

The Court having considered the Defendant and Appellant's Motion for an Extension of Time to file the Opening Brief; and good cause having been shown, the above motion is GRANTED.

IT IS HEREBY ORDERED that the Defendant and Appellant's Opening Brief is due on November 15, 2024.

**ELECTRONICALLY SIGNED  AND DATED**.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 16 2024